UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Trevor L. Boyk            Docket No. 5:14-CR-36-5D

**Petition for Action on Probation**

    COMES NOW Mark Culp, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Trevor L. Boyk, who, upon an earlier plea of guilty to Dealing In Counterfeit United States Currency and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on October 15, 2014, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The offender was referred to Individual Substance Abuse Counseling on May 20, 2015. Upon the offender completing the initial assessment at this treatment provider, it was recommended that the defendant see the doctor at this facility for mental health treatment as well.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert K. Britt
Robert K. Britt
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-818-0685
Executed On: June 5, 2015

**ORDER OF THE COURT**

Considered and ordered this   16   day of   June  , 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge