# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
## Western Division

U.S.A. vs. Trevor L. Boyk                                                                    Docket No. 5:14-CR-36-5D

### Petition for Action on Probation

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of, Trevor L. Boyk, who, upon an earlier plea of guilty to 18 U.S.C. §§ 473 and 2, Dealing in Counterfeit United States Currency and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge on October 15, 2014, to 60 months probation under the conditions adopted by the court.

On May 20, 2015, a violation report was submitted to the court reporting that the defendant tested positive for oxycodone use on May 8, 2015. The defendant was referred to substance abuse counseling and the court agreed to continue supervision.

On June 16, 2015, the court modified the conditions of supervision to include mental health counseling as directed by the probation officer after the defendant completed a substance abuse assessment in which the counselor recommended that the defendant could benefit from mental health counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 31, July 5, and August 28, 2015, the defendant was charged in Cumberland County, NC, with the offenses of Driving While License Revoked (15CR1192, 713184, and 717637). Additionally, on March 31, 2015, he was cited for Speeding in a School Zone. The defendant admits to these charges. He has been verbally reprimanded and instructed not to drive until properly licensed. As a sanction for this conduct, we are recommending that the defendant be required to serve six days in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 6 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-483-8613 |
| | Executed On: August 31, 2015 |

Trevor L. Boyk
Docket No. 5:14-CR-36-5D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __2__ day of __September__, 2015 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge